UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERVCO INSURANCE SERVICES WASHINGTON, LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br>JAY SOROKA, CHRISTOPHER BRUMFIELD, and MELANIE KELLY,<br><br>                              Defendants. | NO. 2:20-CV-00313-RSL<br><br>**STIPULATED MOTION AND ORDER REGARDING AMENDED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>April 20, 2020 |

Plaintiff Servco Insurance Services Washington, LLC ("Servco") and Defendants Jay Soroka, Christopher Brumfield and Melanie Kelly ("Defendants"), having come to certain agreements between them, including due to scheduling and logistical issues caused by the current COVID-19 crisis,[1] jointly request that this Court enter an order as follows:

(1) Expedited discovery and briefing related to Servco's motion for a preliminary injunction shall proceed according to the amended schedule set forth below.

(2) The temporary restraining order (Dkt. 35) shall continue in full force and effect until the Court rules on Servco's motion for a preliminary injunction, if such a motion is filed on or before June 15, 2020. If no motion is filed on or before June 15, 2020, the temporary restraining order shall immediately dissolve unless further agreement is

---

[1] The Court stated in its March 11, 2020 order that it "expects the parties to adjust to changing public health recommendations and to stipulate to alterations in the schedule as needed." Dkt. 35 at Section J.

STIPULATED MOTION AND ORDER REGARDING AMENDED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULE (NO. 2:20-CV-00313-RSL) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

made by the parties or the Court has, for good cause, extended the filing deadline, in which case the temporary restraining order will expire when the Court has adjudicated that motion.

**Amended Schedule for Expedited Discovery & Preliminary Injunction Briefing**

| New Deadline | Event |
|---|---|
| May 8, 2020 | **Deadline to produce documents in response to requests for production and subpoena to Alliant**. |
| May 28-June 9, 2020 | **Depositions to occur.** Depositions are limited to three hours or less, without prejudice to completing the depositions in accordance with the Federal Rules of Civil Procedure after the preliminary injunction motion is resolved. At least seven days' notice shall be provided to the deponent. If a Rule 30(b)(6) deposition is noted, any objections are to be served within two calendar days of receipt of the deposition notice and the parties are to meet and confer within two days of receipt of the objections. The parties may conduct the depositions by a mutually-acceptable web-based interface for remote depositions (e.g., TSG Reporting's LiveLitigation software). |
| June 15, 2020 | **Servco to file and serve motion for preliminary injunction**, and note it on the Court's calendar for consideration on Friday, July 3, 2020. |
| June 26, 2020 | **Defendants to file and serve opposition to motion for preliminary injunction.** |
| July 3, 2020 | **Servco to file and serve reply in support of motion for preliminary injunction**. |
| July 3, 2020 | **Note Date for Consideration of Preliminary Injunction**. Servco shall note its motion for preliminary injunction on the Court's calendar for consideration on this date. In the event that the Court schedules oral |

STIPULATED MOTION AND ORDER REGARDING AMENDED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULE (NO. 2:20-CV-00313-RSL) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| New Deadline | Event |
|---|---|
|  | argument on the motion, the parties may appear by telephone in light of the current health crisis. |

DATED this 20th day of April, 2020.

DAVIS WRIGHT TREMAINE LLP                    BYRNES KELLER CROMWELL LLP

By /s/ Aaron K. Stuckey
   Robert J. Maguire, WSBA No. 29909
   Zana Bugaighis, WSBA No. 43614
   Aaron K. Stuckey, *pro hac vice*
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: (206) 622-3150
   Fax: (206) 757-7700
   robmaguire@dwt.com
   zanabugaighis@dwt.com
   aaronstuckey@dwt.com
   **Attorneys for Plaintiff**

By /s/ Keith D. Petrak
   Keith D. Petrak, WSBA #19159
   Jacob A. Zuniga, WSBA #48458
   1000 Second Avenue, 38th Floor
   Seattle, WA 98104
   Telephone: (206) 622-2000
   Fax: (206) 622-2522
   kpetrak@byrneskeller.com
   jzuniga@byrneskeller.com

   Debra L. Fischer, *pro hac vice*
   Seth M. Gerber, *pro hac vice*
   Adam E. Wagmeister, *pro hac vice*
   Morgan Lewis & Bockius LLP
   2049 Century Park East, Suite 700
   Los Angeles, CA 90067-3109
   Telephone: (310) 907-1000
   debra.fischer@morganlewis.com
   seth.gerber@morganlewis.com
   adam.wagmeister@morganlewis.com
   **Attorneys for Defendants**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 21st day of April, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER REGARDING AMENDED
EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION
BRIEFING SCHEDULE (NO. 2:20-CV-00313-RSL) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000