The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERVCO INSURANCE SERVICES WASHINGTON, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAY SOROKA, CHRISTOPHER BRUMFIELD, and MELANIE KELLY,<br><br>Defendants. | NO. 2:20-CV-00313-RSL<br><br>**STIPULATED MOTION AND ORDER REGARDING SECOND AMENDED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

Plaintiff Servco Insurance Services Washington, LLC ("Servco") and Defendants Jay Soroka, Christopher Brumfield and Melanie Kelly ("Defendants"), having agreed to further extend the expedited discovery and preliminary injunction briefing schedule to facilitate ongoing settlement negotiations (and after previously agreeing amongst themselves to extend document production and deposition deadlines to focus on settlement discussions), jointly request that this Court enter an order as follows:

(1) Expedited discovery and briefing related to Servco's motion for a preliminary injunction shall proceed according to the amended schedule set forth below.

(2) The temporary restraining order (Dkt. 35) shall continue in full force and effect until the Court rules on Servco's motion for a preliminary injunction, if such a motion is filed on or before August 3, 2020. If no motion is filed on or before August 3, 2020,

STIPULATED MOTION AND ORDER REGARDING SECOND AMENDED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULE (NO. 2:20-CV-00313-RSL) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

the temporary restraining order shall immediately dissolve unless further agreement is made by the parties or the Court has, for good cause, extended the filing deadline, in which case the temporary restraining order will expire when the Court has adjudicated that motion.

**Second Amended Schedule for Expedited Discovery & Preliminary Injunction Briefing**

| New Deadline | Event |
| --- | --- |
| June 26, 2020 | **Deadline to produce documents in response to requests for production and subpoena to Alliant**. |
| July 16-28, 2020 | **Depositions to occur.** Depositions are limited to three hours or less, without prejudice to completing the depositions in accordance with the Federal Rules of Civil Procedure after the preliminary injunction motion is resolved. At least seven days' notice shall be provided to the deponent. If a Rule 30(b)(6) deposition is noted, any objections are to be served within two calendar days of receipt of the deposition notice and the parties are to meet and confer within two days of receipt of the objections. The parties may conduct the depositions by a mutually-acceptable web-based interface for remote depositions (e.g., TSG Reporting's LiveLitigation software). |
| August 3, 2020 | **Servco to file and serve motion for preliminary injunction**, and note it on the Court's calendar for consideration on Friday, August 21, 2020. |
| August 14, 2020 | **Defendants to file and serve opposition to motion for preliminary injunction.** |
| August 21, 2020 | **Servco to file and serve reply in support of motion for preliminary injunction**. |
| August 21, 2020 | **Note Date for Consideration of Preliminary Injunction**. Servco shall note its motion for preliminary |

STIPULATED MOTION AND ORDER REGARDING SECOND
AMENDED EXPEDITED DISCOVERY AND PRELIMINARY
INJUNCTION BRIEFING SCHEDULE (NO. 2:20-CV-00313-RSL) -
2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

| New Deadline | Event |
|---|---|
| | injunction on the Court's calendar for consideration on this date. |

DATED this 11th day of June, 2020.

| DAVIS WRIGHT TREMAINE LLP | BYRNES KELLER CROMWELL LLP |
|---|---|
| By /s/ Aaron K. Stuckey<br>Robert J. Maguire, WSBA No. 29909<br>Zana Bugaighis, WSBA No. 43614<br>Aaron K. Stuckey, *pro hac vice*<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>Fax: (206) 757-7700<br>robmaguire@dwt.com<br>zanabugaighis@dwt.com<br>aaronstuckey@dwt.com<br>**Attorneys for Plaintiff** | By /s/ Keith D. Petrak<br>Keith D. Petrak, WSBA #19159<br>Jacob A. Zuniga, WSBA #48458<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Fax: (206) 622-2522<br>kpetrak@byrneskeller.com<br>jzuniga@byrneskeller.com<br><br>Debra L. Fischer, *pro hac vice*<br>Seth M. Gerber, *pro hac vice*<br>Adam E. Wagmeister, *pro hac vice*<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>Telephone: (310) 907-1000<br>debra.fischer@morganlewis.com<br>seth.gerber@morganlewis.com<br>adam.wagmeister@morganlewis.com<br>**Attorneys for Defendants** |

IT IS SO ORDERED.

Dated this 12th day of June, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER REGARDING SECOND AMENDED EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION BRIEFING SCHEDULE (NO. 2:20-CV-00313-RSL) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000