UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERVCO INSURANCE SERVICES WASHINGTON LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAY SOROKA; CHRISTOPHER BRUMFIELD; MELANIE KELLY,<br><br>　　　　Defendants. | No. 2:20-cv-00313-RSL<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>**Clerk's Action Required** |

## STIPULATION

The parties hereto, by and through undersigned counsel, stipulate that all claims in this case shall be dismissed with prejudice and without an award of attorney fees or costs to any party.

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER OF DISMISSAL
(2:20-cv-00313-RSL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 7th day of August, 2020.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Plaintiff Servco Insurance Services Washington, LLC | BYRNES KELLER CROMWELL LLP<br>Attorneys for Defendants |
| By *s/ Robert J. Maguire*<br>   Robert J. Maguire, WSBA No. 29909<br>   Zana Bugaighis, WSBA No. 43614<br>   Aaron K. Stuckey, admitted *pro hac vice*<br>   920 Fifth Avenue, Suite 3300<br>   Seattle, WA  98104-1610<br>   Telephone: (206) 622-3150<br>   Fax: (206) 757-7700<br>   robmaguire@dwt.com<br>   zanabugaighis@dwt.com<br>   aaronstuckey@dwt.com | By  *s/ Keith D. Petrak (via email auth.)*<br>   Keith D. Petrak, WSBA #19159<br>   Jacob A. Zuniga, WSBA #48458<br>   1000 Second Avenue, 38th Floor<br>   Seattle, WA  98104<br>   Tel: (206) 622-2000<br>   Email: kpetrak@byrneskeller.com<br>   Email: jzuniga@byrneskeller.com |

ORDER

This matter having come on regularly for consideration before the undersigned Judge upon the foregoing stipulation, and the Court being fully advised, now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that all claims herein are dismissed with prejudice and without an award of attorney fees or costs to any party.   All claims having been settled, this matter shall be closed.

Dated this 10th day of August, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND PROPOSED ORDER OF DISMISSAL
(2:20-cv-00313-RSL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax